DOC NO
REC'D/FILED
2017 MAY 15 AM 10: 29
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# ATTACHMENT 1

# COMPLAINT FORM
### (for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Cody Anthoney Long

vs

Case Number:

17 C 366 BBC

(Full name of defendant(s))

Wisconsin Department of Correctional

Officers at Waupun Correctional

Institution

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

Waupun Correctional Institution Po Box 351 Waupun, WI 53963
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant _Waupun Correctional Institution Employee's_
                                                        (Name)

is (if a person or private corporation) a citizen of _Wisconsin_
                                                        (State, if known)
and (if a person) resides at _____
                                                        (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _Waupun Correctional Institution_
                                                        (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

I inmate Cody A. Long at Waupun Correctional Institution
in Waupun, Wisconsin was assulted on 3-8-17 ~~into~~ the inmate
told me before I fully moved in the cell that "We were
going to be fighting, and he'll try to take my ass." I inmate
Long reported it to Sgt. Boszak, and the C.O. who's
(John Doe)
name he will not tell, that Inmate Dejon Williams is plaining
to assult me, and rape me if you move in into Cell
F-25 on the south Cell Hall. Then he Sgt. Boszak refused
to listen to myself, and asked if I was refusing

to lock in. I inmate Long said "No Im asking to be moved because Im in fear for my safety, and I don't want to go to seg. He Sgt. Boszak told the C.O. who won't give his name to take me to Cell F-25 on south cell hall, and lock inmate long into his cell, and lock him in. For no reason did the Sgt. have reason to not listen, for I inmate long never had issues with the Sgt. I then was attacked at 2:00pm, and taken to HSU with bumps, bruises, and eye issues were I was seen in UW Madison for, a few days later. Inmate long seeks damages from Doc Employee Sgt Boszak, as well as the C.O. who failed to listen, time I spent in seg, and mental stress damages.
(Also Attachment Paperwork)

3.9.17: I wrote Sgt. Boszak, PSU, HSU, and Inmate Complaint to get facts to why C.O. and Sgt. failed to protect me on 3.8.17 after I told Sgt. an C.O more then once that Dejon Williams is plaining to beat me up, and take and rape me if I don't move out of F-25.

On 3.11.17: I got request back from Sgt. Wolf with no responce from Sgt. Boszak, I then wrote Warden Brain Foster. I also wrote HSU because I was having pains in my neck, back, and blurriness in my left eye from the fight.

3.13.17 I wrote PSU to ask them to look into why DOC employees failed to protect me, and why I have to watch my back because all eyes are on me. Also seen HSU the lady told me all the pains are in my head to stop.

3.15.17: Got ICE (Inmate Complaint) from J. Moon saying write Cpt. Bauer, and PSU also came to my Door A-207 (Ms. Halper Not here nomore) and refuse to look into what I wrote here in my PSR and make sure I was Safe.

3.16.17: I seen HSU for my pains again with no help what so ever.

4.1.17 wrote to Secrity office for IR, and pictures of the fight on 3.8.17.

On 4.3.17 Request was sent back, and envolope saying no documents taken on this. (Got all Info and more saved)

On 3.14.17 I got request back from Sgt. Boszak that clearly staks I asked to be moved from the Cell an said "unless restriction is made to move I place were open Cell.

I've keup all Request, PSU, HSU, and other paperwork including my appeal to Madison for Inmate Complaint if needed.

C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are)
     different from the state citizenship of every defendant, and the amount of
     money at stake in this case (not counting interest and costs) is
     $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may
include an award of money or an order telling defendants to do something or
stop doing something.

I would like a money reward, as well as placement
at Wisconsin Resource Center for mental treatment for my assult
were I could have been Raped, and the Sgt. and John
Doe to lose there jobs or let me out earlier to.

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                            OR

☒    Court Trial – I want a judge to hear my case


Dated this ___8___ day of ___May_____ 20_17_.

Respectfully Submitted,

_Cody A. Long_____
Signature of Plaintiff

_558710_____
Plaintiff's Prisoner ID Number


_Waupun Correctional Institution Po Box 351_____

_Waupun, WI 53963-0351_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.