IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CODY ANTHONEY LONG,

            Plaintiff,

    v.

WISCONSIN DEPARTMENT OF
CORRECTIONS OFFICERS AT
WAUPUN CORRECTIONAL INSTITUTION,

            Defendants.

ORDER

17-cv-366-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Prisoner and pro se plaintiff Cody Anthoney Long brings this case alleging that unnamed officers or employees at the Waupun Correctional Institution in Waupun, Wisconsin violated his federal constitutional rights by causing or allowing him to be assaulted by a fellow inmate. Before the court are plaintiff's motion for leave to proceed in forma pauperis, as well as three successive requests for assistance in recruiting counsel. Dkts. ## 2, 7, 10 and 12.

      Plaintiff has also filed a motion to transfer this case to the Eastern District of Wisconsin. Dkt. #17. He says that this case has somehow ended up in the wrong district, id. at 1, and a review of the complaint confirms that, in fact, he intended to file it in the Eastern District. Dkt. #1 at 1. Moreover, plaintiff's allegations are all based on events that took place at the Waupun Correctional Institution, where he is incarcerated, and where the

1

unnamed defendants presumably work. Waupun is located in the Eastern District of Wisconsin, within the jurisdiction of that district court. Venue is proper in that district and transfer to that court is appropriate in these circumstances. 28 U.S.C. § 1404(a) (district court may transfer civil action to any other district where it might have been brought); 28 U.S.C. § 1391(b) (venue proper in district where substantial part of events giving rise to lawsuit occurred). Accordingly, I am granting plaintiff's motion and transferring this case to the Eastern District of Wisconsin.

ORDER

IT IS ORDERED that plaintiff Cody Anthoney Long's motion to transfer this case to the Eastern District of Wisconsin, dkt. #17, is GRANTED. This case is TRANSFERRED to the United States District Court for the Eastern District of Wisconsin.

Entered this 2d day of October, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge